BEFORE ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

DATE: 9/6/2011

CRIMINAL CAUSE FOR PLEADING

DOCKET # 11cr601            Defendant # 1

CASE: USA v. Gary Foster (bond)

COUNSEL: Isabelle Kirshner

AUSA: Michael Yaeger

Spanish Interpreter: n/a

COURT REPORTER: Michele Nardone

X     CASE CALLED FOR PLEADING.

X     DEFT SWORN.

X     DEFENDANT ENTERS A PLEA OF GUILTY TO COUNT 1 of the information

X     COURT FINDS THAT THE PLEA WAS MADE KNOWINGLY & VOLUNTARILY AND NOT COERCED. COURT FINDS FACTUAL BASIS FOR THE PLEA & ACCEPTS PLEA OF GUILTY TO COUNT one of the information.

X     SENTENCE DATE: TO BE SET AFTER PROBATION REPORT COMPLETE

Time in Court: 40 minutes